**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**AMERICAN CONCRETE PRODUCTS-MS, INC.**                    **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 2:20-cv-195-TBM-MTP**

**GLES GLOBAL, INC.
DEAN KARBER, Individually and
as an officer or director of GLES
GLOBAL, INC.**                              **DEFENDANTS**

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION IN LIMINE**

This matter came before the Court on Plaintiff's Motion [43] in Limine on March 29, 2022.

At the hearing conducted in this matter on March 29, 2022, the Court, having considered the

pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its

findings and conclusions. The Court concluded that the Plaintiff's Motion in Limine should be

GRANTED in part and DENIED in part:

Plaintiff's Requests Numbers 1-6 and 8-10 are GRANTED as they are unopposed by the

Defendants.

Plaintiff's Request # 7 is DENIED.

Plaintiff's Request #11 is DENIED.

Plaintiff's Request #12 is DENIED.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the

record at the hearing held on March 29, 2022, the Plaintiff's Motion [43] in Limine is GRANTED

in part and DENIED in part.

THIS, the 1st day of April, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE